AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Aug 31 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States of America
v.
LUIS CRUZ-RAMIREZ

*Defendant(s)*

Case No. CR 26-71167-MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 15, 2026 in the county of Monterey in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of a minor to engage in criminal sexual conduct<br><br>PENALTIES: Mandatory imprisonment of 10 years to life; mandatory supervised release term of 5 years to life; maximum $250,000 fine; mandatory special assessment of $5,100 ($100 special assessment under 18 U.S.C. § 3013 and $5,000 special assessment under 18 U.S.C. § 3014(a)(3)); potential restitution and forfeiture. |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Shailene Zoller.

☑ Continued on the attached sheet.

/s/Shailene Zoller/SvK w/permission
*Complainant's signature*

HSI SA Shailene Zoller
*Printed name and title*

Approved as to form ___/s__________
AUSA _Katie Griffin_________

Sworn to before me by telephone.

Date: 8/31/26

Susan van Keulen
*Judge's signature*

City and state: San Jose, California

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Shailene Zoller, being duly sworn, state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Luis CRUZ-RAMIREZ, with one count of using or attempting to use a means of interstate commerce to persuade, induce, entice, or coerce a minor to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b), on or about August 15, 2026.

2. This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts in this affidavit are based on my personal observations, my training and experience, records and reports, and information provided to me by other law enforcement officials and witnesses. All times in this affidavit are approximate.

## AFFIANT BACKGROUND

3. I have been a Special Agent (SA) with Homeland Security Investigations (HSI), an investigative component of the United States Department of Homeland Security, since July 2025. I am currently assigned to HSI's Office of the Resident Agent in Charge in Monterey, California. As part of my daily duties, I investigate violations of federal laws related to the sexual exploitation of children.

4. Since I started my law enforcement career, I have received training on conducting criminal investigations, including searches and seizures. In 2026, I completed the HSI Special Agent Training at the Federal Law Enforcement Training Center (FLETC) in Charleston, South Carolina, and in 2025, I completed the Criminal Investigation Training Program at FLETC in Brunswick, Georgia.

5. Furthermore, in December 2025, I attended an eight-hour undercover chat class hosted by the Contra Costa Internet Crimes Against Children Task Force. This course addressed topics related to operating in an undercover capacity on the internet to investigate child exploitation offenses.

6. I have assisted in the execution of search and arrest warrants in furtherance of investigations and prosecutions of subjects for possession of child sexual abuse material, possession/distribution of controlled substances, and other violations of federal statutes. I have also participated in investigations of individuals using the internet to abuse and sexually exploit children.

7. Prior to starting my law enforcement career, I obtained a Master of Arts in Nonproliferation and Terrorism Studies with a Financial Crime Specialization from the Middlebury Institute of International Studies at Monterey in 2019. In 2017, I obtained a Bachelor of Arts in Social and Behavioral Science from California State University Monterey Bay.

8. I have personally participated in the investigation described in this Affidavit and am familiar with the facts and circumstances set forth herein. Unless otherwise noted, statements described in this Affidavit as having been made by another person are based on information provided by an HSI agent, another law enforcement officer, or a witness, whether from direct knowledge or hearsay, including information obtained through interviews, conversations, reports, electronic devices, or other investigative materials that I or others have reviewed. Such statements are summarized in substance and in part, unless otherwise indicated.

## APPLICABLE STATUTES

9. This investigation concerns an alleged violation of Title 18, United States Code, Section 2422(b), which states: "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18

years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

## FACTS SUPPORTING PROBABLE CAUSE

SUMMARY

10. On August 14-15, 2026, an undercover agent, posing as a 14-year-old boy, communicated over the internet with Luis CRUZ-RAMIREZ. During those communications, CRUZ-RAMIREZ proposed meeting with the undercover agent at a hotel room to "fuck" after the undercover agent's fictional parents left the room. CRUZ-RAMIREZ directed the undercover agent to clean themselves in preparation for sexual activity at the undercover agent's hotel room. CRUZ-RAMIREZ was arrested outside the hotel room.

UNDERCOVER COMMUNICATIONS WITH CRUZ-RAMIREZ

11. On August 14, 2026, while acting in an undercover capacity, an undercover HSI agent (hereinafter "UCA") created a profile on an online, location-based social networking and dating platform (hereinafter "Application A"). The UCA profile had an age regressed photo of the UCA with the eyes blurred out and had a listed age of "18." At approximately 2:52 PM, an account with the planet emoji (🪐) listed as the name and a picture of a naked male torso, later identified as Luis CRUZ-RAMIREZ (hereinafter "CRUZ-RAMIREZ") initiated a chat with the UCA through Application A. CRUZ-RAMIREZ asked the UCA how they were and if they were having fun on the app. CRUZ-RAMIREZ told the UCA that he was not really having fun on the app and asked the UCA if they wanted to change that. The UCA agreed and CRUZ-RAMIREZ asked if the UCA wanted to see some pictures. The UCA and CRUZ-RAMIREZ exchanged usernames and started a new conversation on another social networking platform (hereinafter "Application B"). The username provided by CRUZ-RAMIREZ was "rokmoninov."

12. CRUZ-RAMIREZ communicated with the UCA on Application B, using the username "rokmoninov" and nickname "Rok." CRUZ-RAMIREZ asked about the UCA's plans on Saturday around 5 PM and 6 PM, and if the UCA wanted to do something. When the UCA agreed, CRUZ-RAMIREZ stated that he could not host and the UCA responded that they were at a hotel with their parents. CRUZ-RAMIREZ proceeded to ask if the UCA was "mobile" and "down for car play." Based on my training and experience, and consultation with other law enforcement agents and officers, I believe that when CRUZ-RAMIREZ asked if the UCA was "down for car play," CRUZ-RAMIREZ was asking the UCA if the UCA would be willing to engage in sexual activity in the car.

13. The UCA asked CRUZ-RAMIREZ, "How old r u" and CRUZ-RAMIREZ responded, "I'm 27." The UCA then asked, "I'm 14 is that ok?" Immediately following the UCA revealing their age, an automated message via Application B advised in the chat: "Rok changed chats to delete immediately." Based on my training and experience, and conversations with other law enforcement personnel, I believe that CRUZ-RAMIREZ changed his settings in Application B to delete messages "immediately" once he understood that he was communicating with a minor about sexual activity because he realized the potential criminal implications of continuing such communications.

14. CRUZ-RAMIREZ proceeded to ask the UCA, "What do you look like?" The UCA responded with an age regressed photo of themselves, and asked "U??" CRUZ-RAMIREZ sent a photo of himself to the UCA and replied: "You look good, how long can you stay out from your parents?" The UCA responded, "Until like 10 when they get back" and "They're at the car show." CRUZ-RAMIREZ asked, "So they not gonna be at their room?" The UCA responded, "Na they leaving soon." CRUZ-RAMIREZ clarified that he meant the next day (referring to Saturday, August 15) because he (CRUZ-RAMIREZ), already had plans that day (Friday, August 14). The UCA

stated that their parents were going to be out again the next day, but the UCA wasn't sure what time yet. CRUZ-RAMIREZ replied, "Ok maybe we can meet at your room when they're gone, what time you think they'll leave?"

15. CRUZ-RAMIREZ and the UCA planned to meet after 5 PM the next day (August 15) and agreed that the name and room number of the hotel would be shared closer to that time. CRUZ-RAMIREZ and the UCA continued to message each other. CRUZ-RAMIREZ then asked "How much are you gonna be down for? The UCA responded, "Idk wha u wanna do" and "Down for whaeva" CRUZ-RAMIREZ replied, "Yeah lol and if they're gonna be gone for that long then Im good fuck you for hours 😈 You like making out?" The UCA responded "Yea??? 😈" and "Ya I do," which CRUZ-RAMIREZ replied "Yeahh until they get back, there's a lot of traffic so it'll be a while 😈😈 you have any pics btw?" The UCA stated, "Ya frfr." CRUZ-RAMIREZ then messaged "You betta be prepare, I'm not gonna go easy on you 😈I gtg now but I'll tty when I get back."

16. Based on my training and experience, and consultation with other experienced law enforcement agents and officers, I believe that CRUZ-RAMIREZ was asking the UCA about the range of sexual acts in which the UCA would engage when he asked "[h]ow much are you gonna be down for?" I believe that CRUZ-RAMIREZ told the UCA that he (CRUZ-RAMIREZ) planned to have sex with the UCA for multiple hours when he said, "fuck you for hours" and "there's a lot of traffic so it'll be a while."

17. The next day, on Saturday, August 15, 2026, at approximately 5:10 PM, CRUZ-RAMIREZ and the UCA continued messaging about meeting. At 5:39 PM, the following messages were exchanged by CRUZ-RAMIREZ ("CR" in the following transcripts) and the UCA:

**CR**: Ya its alright dw but if we're gonna fuck do u know how to clean urself out for that?

**UCA**: Ok cool 😊

**UCA**: Ya wym

**UCA**: I showered

**CR**: No like cleaning urself inside lol

**UCA**: Oo ok how?

**CR**: U gotta shoot some water inside of u usually otherwise you'll be messy lol

**UCA**: Ooo ok lol

**CR**: What's ur shower head like?

**UCA**: Like the hose one

**CR**: ok perfect maybe you could try using it. But careful don't use too much, just until the water looks clean.

18. Based on my training and experience, I believe that CRUZ-RAMIREZ was directing the UCA to clean his anal cavity because CRUZ-RAMIREZ was anticipating engaging in anal sex with the UCA.

19. At approximately 5:51 PM, CRUZ-RAMIREZ messaged that he was on his way and at 6:11 PM, the UCA provided the address of a hotel in Marina, California to CRUZ-RAMIREZ. CRUZ-RAMIREZ replied that he would be there in 10 minutes. At 6:17 PM, CRUZ-RAMIREZ and the UCA exchanged the following messages:

**CR**: Ok I'll lyk when I get there, u gonna be ready? 😈

**UCA**: Kk

**UCA**: Ya 😊

**UCA**: U goin to be ready??

**CR**: Good boy, u betta be cuz I'm here now 😈😈

At 6:27 PM, the UCA provided CRUZ-RAMIREZ with the room number of the hotel room where the UCA was purportedly staying with his parents. Before heading to the room, CRUZ-RAMIREZ

again asked the UCA to show him what they looked like first. CRUZ-RAMIREZ sent the UCA a photo of himself, and the UCA responded with another age regressed photo of the UCA.

ARREST OF CRUZ-RAMIREZ

20. At approximately 6:36 PM, HSI SAs observed a white Ford Ranger bearing California license plate 65502F1 arrive at the hotel address in Marina and park in the hotel parking lot. The vehicle was registered to Luis CRUZ-RAMIREZ. Agents saw CRUZ-RAMIREZ, later identified via a driver's license photograph from the California Department of Motor Vehicles, exit the vehicle. HSI SAs further observed CRUZ-RAMIREZ walk up to the second floor of the hotel and approach the door of the room number provided by the UCA at 6:38 PM. At approximately 6:39 PM CRUZ-RAMIREZ was taken into custody. When CRUZ-RAMIREZ was searched incident to arrest, agents located a black wallet containing CRUZ-RAMIREZ' driver's license, a black iPhone, a bottle of KY Jelly lubricant, car keys, four individually wrapped condoms, and a penile constriction ring.

//

//

//

//

//

//

## CONCLUSION

21. Based on my knowledge, training, experience, and the facts set forth in this affidavit, I respectfully submit there is probable cause to believe CRUZ-RAMIREZ violated Title 18, United States Code, Section 2422(b), while in Monterey County, California, on August 15, 2026. Therefore, I request that the court issue a criminal complaint and an accompanying arrest warrant for CRUZ-RAMIREZ.

22. I swear the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/Shailene Zoller/SvK w/permission
SHAILENE ZOLLER
Special Agent
Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to FED. R. CRIM. P. 4.1 and 4(d) on this 31st day of August 2026.

HON. SUSAN VAN KEULEN
United States Magistrate Judge